# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

   RENITA CAROL LEWIS-HARGROVE           CASE NO. 25-50261-KMS

*Debtor.*                                             CHAPTER 7

To:  Karen Maxcy, Esq.
      karen.maxcy@mccalla.com

## Notice to File Corporate Ownership Statement

On June 10, 2025 you filed a Motion for Relief From The Automatic Stay and To Abandon Property (Dkt. #16) on behalf of Freedom Mortgage Corporation (the "Movant") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **June 12, 2025** the Movant must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(1).

Dated: June 10, 2025                          Danny L. Miller, Clerk of Court
                                                         Dan M. Russell, Jr. U. S. Courthouse
                                                         2012 15th Street, Suite 244
                                                         Gulfport, MS 39501
                                                         228-563-1790

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.
[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)