MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: RENITA CAROL LEWIS-HARGROVE FKA RENITA LEWIS        Case No.: 25-50261-KMS

*Debtor(s)*                                                                 Chapter: 7

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Freedom Mortgage Corporation                                          , a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[                                                                         ]

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 06/11/2025                 /s/ Karen A. Maxcy
                                 Attorney Signature

                                 Karen A. Maxcy              8869
                                 Attorney Name               State Bar Number
                                 1544 Old Alabama Road
                                 Address
                                 Roswell, GA 30076
                                 City, State, and Zip Code
                                 678-321-6965                karen.maxcy@mccalla.com
                                 Telephone Number            Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**