_____



**SO ORDERED,**

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 11, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT - 6 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RENITA CAROL LEWIS-HARGROVE, | ) | CASE NO. 25-50261-KMS |
| DEBTOR, | ) | |
| *FKA RENITA LEWIS* | ) | |
| | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION | ) | MOVANT |
| | ) | |
| VS. | ) | |
| | ) | |
| RENITA CAROL LEWIS-HARGROVE, | ) | RESPONDENT |
| DEBTOR, | ) | |
| *FKA RENITA LEWIS* | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
AND FOR ABANDONMENT OF PROPERTY** [DOCKET # __16__ ]

The Motion of Freedom Mortgage Corporation ("Movant"), was filed [Docket # __16__ ], regarding the real property and improvements located at and commonly known as ***103 Ron Lawson Dr, Waynesboro, Mississippi 39367*** ("Property"), lying and being situated in the Southern Judicial District of Wayne County, Mississippi, and more particularly described as follows:

PARCEL 1:
A parcel of land situated in Timber Ridge and being located in the Southeast Quarter of the Southwest Quarter (SE¼ of SW¼) of Section 6, Township 8 North, Range 6 West, Wayne County, Mississippi, sometimes referred to as Lot #11 Timber Ridge, and more particularly described as follows, to-wit:

A parcel of land described as commencing at the Southeast corner of the Southeast Quarter of the Southwest Quarter (SE¼ of SW¼) of Section 6, Township 8 North, Range 6 West, Wayne County, Mississippi; thence run West for 314.48 feet; thence run North 640.00 feet to the point of beginning; thence run North 67 degrees 36 minutes 53 seconds East for 271.86 feet; thence South 42 degrees 00 minutes 00 seconds East for 126.71 feet; thence run West for 35.00 feet; thence South 31 degrees 40 minutes 12 seconds West for 112.55 feet; thence South 47 degrees 53 minutes 12 seconds West for 164.27 feet; thence run North 64 degrees 37 minutes 24 seconds West for 10.00; thence North 64 degrees 55 minutes 14 seconds West for 10.06 feet; thence North 28 degrees 32 minutes 35 seconds West for 212.25 feet to the point of beginning, containing 0.9276 acre, more or less.

PARCEL 2:
A parcel of land situated in Timber Ridge and being located in the Southeast Quarter of the Southwest Quarter (SE¼ of SW¼) and the Southwest Quarter of the Southeast Quarter (SW¼ of SE¼) of Section 6, Township 8 North, Range 6 West, Wayne County, Mississippi, (sometimes referred to as Lot # 31 Timber Ridge), and more particularly described as follows, to-wit:

A parcel of land described as commencing at the Southeast corner of the Southeast Quarter of the Southwest Quarter (SE¼ of SW¼) of Section 6, Township 8 North, Range 6 West, Wayne County, Mississippi; thence run West for 314.48 feet; thence run North 640.00 feet to the point of beginning; thence run counter clockwise along the right-of-way of the cul-de-sac with a radius of 50.00 feet and a central angle of 120 degrees 20 minutes 20 seconds for a chord distance of 86.75 feet and an arc distance of 105.02 feet; thence North 04 degrees 51 minutes 38 seconds East for 103.31 feet; thence North 78 degrees 17 minutes 06 seconds East for 278.00 feet; thence North 45 degrees 52 minutes 42 seconds East for 81.90 feet; thence South 38 degrees 08 minutes 03 seconds East for 212.90 feet; thence South 40 degrees 00 minutes 00 seconds West for 150.00 feet; thence North 42 degrees 00 minutes 00 seconds West for 126.71 feet; thence South 67 degrees 36 minutes 53 seconds West for 271.86 feet to the point of beginning, containing 1.6767 acres, more or less.

INDEXING INSTRUCTIONS: SE¼ of SW¼ & SW¼ of SE¼, Section 6, Township 8 North, Range 6 West, Wayne County, Mississippi.

The foregoing description is attached to and made a part of that certain Deed of Trust executed by Renita Lewis - Hargrove, dated May 20, 2022, as security for an indebtedness to Open Mortgage, LLC, 14101 West Highway 290, Building 1300, Austin, TX 78737, in the amount of $531,336.00.

Notice of the Hearing and the Deadline for filing Responses were provided to each of the above-captioned parties in interest. No opposition to the Motion was filed of record. The Court is of the opinion that the Motion is well taken and should be sustained. Therefore, it is hereby

ORDERED that the 11 U.S.C. §362(a) automatic stay is lifted, and the subject property is abandoned, to allow Movant, its successors and assigns to assert its rights and remedies under

applicable law with regard to the Property.

##END OF ORDER##

Prepared and submitted by:

Karen A. Maxcy, MS No. 8869
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
Direct Phone 770-643-7200
Email: Karen.Maxcy@mccalla.com